IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| A.S.A.P. FABRICATION, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 14 C 123 |
| v. | ) ) | Judge Shadur |
| | ) | Magistrate Judge Cole |
| NRH & ASSOCIATES, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff, A.S.A.P. Fabrication, Inc., respectfully requests that this Court enter an order of default against defendant NRH & Associates, LLC, and in plaintiff's favor.

In support thereof, plaintiff states as follows:

1.  On January 8, 2014, plaintiff filed a cause of action, entitled *A.S.A.P. Fabrication, Inc. v. NRH & Associates, LLC*, 14 C 123, to secure redress for sending or causing the sending of unlawful advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"), the Illinois Consumer Fraud Act, 815 ILCS 505/1 et seq. and Illinois common law.

2.  At the time of filing, the Mississippi Secretary of State's website listed defendant's Registered Agent and address as CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232. (Exhibit A)

3.  The process server served defendant's Registered Agent, CT Corporation System,

1

at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232, on January 15, 2014. *[See Dkt. No. 15]*

  4.  On February 7, 2014, CT Corporation sent plaintiff's counsel a letter stating "NRH & Associates, LLC withdrew to do business in the State of MS on 02/03/2014."

  5.  A contemporaneous check on the Mississippi Secretary of State's website shows NRH & Associates, LLC as having status listed as a cancelled corporation.  (Exhibit B)

  6.  As of the date of this motion, defendant has not appeared, answered or otherwise pled to plaintiff's complaint.

  7.  Plaintiff respectfully requests that an order of default in the amount of $1,500.00, per facsimile, pursuant to 47 U.S.C. § 227(b)(3), plus attorney's fees and costs of suit be entered against defendant NRH & Associates, LLC.  In this case, plaintiff received one unlawful facsimile advertisements from defendant and is, therefore, seeking $1,500 in statutory damages, plus attorney's fees and costs.

  WHEREFORE, plaintiff respectfully requests that this Court enter an order of default against defendant NRH & Associates, LLC, and in plaintiff's favor, and set a date for prove up of damages and attorney's fees and costs.

              Respectfully submitted,

                s/ Heather Kolbus
              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on February 24, 2014, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following:

NRH & Associates, LLC
214 N. Curran Street, Suite D
Picayune, MS 39466

                                                 s/ Heather Kolbus
                                                 Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)