IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| A.S.A.P. FABRICATION, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 14 C 123 |
| v. | ) ) ) | Judge Shadur Magistrate Judge Cole |
| NRH & ASSOCIATES, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on default prove-up hearing on damages and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against defendant NRH & Associates, LLC, and in plaintiff A.S.A.P. Fabrication, Inc.'s, favor in the amount of $1,500.00 for Plaintiff in statutory damages, plus $475.00 in costs of suit.

Defendant NRH & Associates, LLC, is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff A.S.A.P. Fabrication, Inc.

Plaintiff's individual claims against John Does 1-10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: April 1, 2014

_____
Judge